UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:  20CR3256-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |
| JOANN JOSE VALENZUELA, | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing currently set for November 20, 2020 at 1:30 p.m., be continued to January 22, 2021 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by November 4, 2020.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  October 27, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge