# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOANN JOSE VALENZUELA,<br><br>Defendant. | Case No.: 20-CR-03256-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

For good cause shown and upon joint motion of the parties,

IT IS HEREBY ORDERED that the Sentencing Hearing currently set for September 10, 2021 at 10:30 am be continued to September 27, 2021 at 9:00 am. It is further ordered that the time be excluded in the ends of justice. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  August 24, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge