UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOANN JOSE VALENZUELA,<br><br>Defendant. | CASE NO.:   20CR3256-JLS<br><br>ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the withdrawal of guilty plea be granted for the reasons stated in the parties' motion, *see* docket 51.

**IT IS SO ORDERED.**

Dated:  August 24, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge